IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-CR-00101-RJC-DCK

| | |
|---|---|
| USA, | ) |
|     Plaintiff, | ) ) ) |
| v. | )    <u>ORDER</u> |
| MARTIN LOPEZ-GUERRA (2), | ) ) ) |
|     Defendant. | ) ) |

**THIS MATTER** is before the Court upon the Government's Motion to Dismiss, (Doc. No. 29), the Indictment, (Doc. No. 12), without prejudice as to Martin Lopez-Guerra. Since the return of the Indictment in 2015, the defendant has never appeared in court.

**IT IS, THEREFORE, ORDERED** that the Government's motion, (Doc. No. 29), is **GRANTED** and the Indictment, (Doc. No. 12), is **DISMISSED** without prejudice as to Martin Lopez-Guerra.

Signed: August 6, 2024

Robert J. Conrad, Jr.
United States District Judge